UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIK J KIKKERT,<br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON & UNITED STATES FEDERAL GOVERNMENT,<br>Defendants. | CASE NO. 2:25-cv-00746-TL<br><br>ORDER |

Pursuant to the memorandum opinion (Dkt. No. 27) and mandate (Dkt. No. 30) from the Ninth Circuit Court of Appeals, the Court AMENDS its April 30, 2025, Order on Motion for Temporary Restraining Order and Cross-Motions to Dismiss (Dkt. No. 23) as follows: Defendants' cross-motions to dismiss (Dkt. Nos. 13, 15) are GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

Dated this 26th day of October, 2026.

Tana Lin
United States District Judge